# EXHIBIT D

# Exhibit D

The following is a listing of exemplary products identified from Defendant's website that are considered "Accused Instrumentalities":

| Part # | Description |
|---|---|
| RF2051 | 30 - 2500 MHz Fractional-N Synthesizer with 2 Integrated RF Mixers |
| RF2052 | 30 - 2500 MHz Fractional-N Synthesizer with Integrated RF Mixer |
| RF2054 | 30 - 2500 MHz Fractional-N Synthesizer with 2 Integrated RF Mixers |
| RFFC2071 | 85 - 2700 MHz RF Synthesizer / VCO with Integrated RF Mixer |
| RFFC2071A | 85 - 2700 MHz RF Synthesizer / VCO with Integrated RF Mixer |
| RFFC2072 | 85 - 2700 MHz RF Synthesizer / VCO with Integrated RF Mixer |
| RFFC2072A | 85 - 2700 MHz RF Synthesizer / VCO with Integrated RF Mixer |
| RFFC5062 | 85 - 4200 MHz Wideband Synthesizer / VCO with Integrated 6 GHz RF Mixer |
| RFFC5071 | 85 - 4200 MHz Wideband Synthesizer / VCO with Integrated 6 GHz RF Mixer |
| RFFC5071A | 85 - 4200 MHz Wideband Synthesizer / VCO with Integrated 6 GHz RF Mixer |
| RFFC5072 | 85 - 4200 MHz Wideband Synthesizer / VCO with Integrated 6 GHz RF Mixer |
| RFFC5072A | 85 - 4200 MHz Wideband Synthesizer / VCO with Integrated 6 GHz RF Mixer |

Source:

https://www.qorvo.com/products/frequency-converters/integrated-synthesizers-with-mixers